UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CYNTHIA FREDA-ANNE SWEENEY,**

      **Plaintiff,**

v.         Case No: 6:22-cv-1966-PGB-LHP

**EXPERIAN INFORMATION SOLUTIONS, INC., HEALTHCARE REVENUE RECOVERY GROUP LLC and MIDLAND FUNDING, LLC,**

      **Defendants.**
_____/

## ORDER

This cause is before the Court on Plaintiff Cynthia Freda-Anne Sweeney and Defendant Healthcare Revenue Recovery Group, LLC's Joint Stipulation of Dismissal With Prejudice, filed April 10, 2023. (Doc. 33). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant Healthcare Revenue Recovery Group, LLC, are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to terminate Defendant Healthcare Revenue Recovery Group, LLC, only as a party.

    **DONE AND ORDERED** in Orlando, Florida on April 10, 2023.

                                                                                   PAUL G. BYRON
                                                                         UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties